**Deny Writ and Opinion Filed July 11, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-13-00857-CV

## IN RE NORTH DALLAS FORNEY INVESTORS, L.L.C., ET AL., Relators

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09384**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Bridges

Relators contend the trial judge erred by granting a motion to consolidate two cases. The facts and issues are well known to the parties, so we need not recount them herein. We conclude relators' petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

130857F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE